# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **KEVIN KELLER** *et al.*, | Case No. 1:14-CV-271 |
| **Plaintiffs,** | Judge Dlott |
| -vs- | |
| **CITY OF MT. HEALTHY, OHIO,** | |
| **Defendant.** | |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE, PURSUANT TO CIVIL RULE 41

Now come Plaintiffs, by and through counsel, and hereby give notice of their voluntary dismissal of each and every claim brought in this case, each *without* prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides as follows: " * * * the plaintiff may dismiss an action without a court order by filing: * * * (ii) a stipulation of dismissal signed by all parties who have appeared." Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice. Counsel below hereby affirm that all parties, and all counsel for all parties, consent to this action, as well as its terms. Plaintiffs further affirm that this Notice is made for no improper purpose.

Respectfully submitted,

| | |
|---|---|
| */s/ Justin C. Walker* | */s/ John W. Hust* |
| Justin C. Walker (#0080001) | John W. Hust (#0027121) |
| Finney Law Firm, LLC | SCHROEDER, MAUNDRELL, BARBIERE & POWERS |
| 4270 Ivy Pointe Boulevard, Suite 225 | 5300 Socialville-Foster Road, Suite 200 |
| Cincinnati, Ohio 45245 | Mason, Ohio 45040 |
| Tel: (513) 943-6660  Fax: (513) 943-6660 | (513) 583-4200 (513)  Fax: (513) 583-4203 |
| *Justin@Finneylawfirm.com* | *Jhust@Smbplaw* |
| *Counsel for All Plaintiffs* | *Counsel for All Defendants* |